AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

KEVIN ORLANDO OLAYA, ROSA NUBIA PERILLA, and JHOYNNER SEBASTIAN OLAYA, on behalf of themselves, and others similarly situated,

*Plaintiff(s)*

v.

LE GENERAL SERVICES, INC., NATIONAL GENERAL SERVICES CORP., EXCEL CLEANING NY LLC, GOOD SAMARITAN HOSPITAL MEDICAL CENTER and ANGEL F. CARDENAS, individually,

*Defendant(s)*

Civil Action No. 26 cv 7203

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Le General Services Inc., 333 Skidmore Rd., Deer Park, NY 11729
National General Services Corp., 333 Skidmore Rd., Deer Park, NY 11729
Excel Cleaning NY LLC, 333 Skidmore Rd., Deer Park, NY 11729
Good Samaritan Hospital Medical Center, 1000 Montauk Hwy, West Islip, NY 11795
Angel F. Cardenas, 333 Skidmore Rd., Deer Park, NY 11729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/9/2026

Shirley Mora
*Signature of Clerk or Deputy Clerk*